**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRY EUGENE LOUDERMILK, JR.                                                    PLAINTIFF
ADC #133339

v.                                      NO: 5:11CV00103 JLH

DIALO LATTIMORE *et al.*                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE