IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY EUGENE LOUDERMILK, JR.,     PLAINTIFF
ADC #133339

v.     NO. 5:11CV00103 JLH

DIALO LATTIMORE, *et al.*     DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 16th day of September, 2011.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE